IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL WAYNE THOMAS, JR.**
**ADC #611338**                                                                                          **PLAINTIFF**

**V.**                              **2:05CV00229 WRW/JTR**

**MRS. FELESHA PHILLIPS, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Based on an order entered this date, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of November, 2005.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE